```
1  Stuart M. Richter (CA 126231)
   stuart.richter@kattenlaw.com
2  Gregory S. Korman (CA 216931)
   gregory.korman@kattenlaw.com
3  Jarin R. Jackson (CA 274031)
   jarin.jackson@kattenlaw.com
4  KATTEN MUCHIN ROSENMAN LLP
   2029 Century Park East, Suite 2600
5  Los Angeles, CA 90067-3012
   Telephone: 310.788.4400
6  Facsimile: 310.788.4471

7  Attorneys for defendants
   HSBC MORTGAGE SERVICES, INC. and
8  HOUSEKEY FINANCIAL CORPORATION
```

FILED
2011 JUN 17 PM 3: 38
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

MAYRA COLUNGA,

   Plaintiff,

vs.

HSBC MORTGAGE SERVICES formerly doing business as FIELDSTONE MORTGAGE COMPANY; HOUSEKEY FINANCIAL CORP; and DOES 1 through 50 inclusive

   Defendants.

CASE NO. ED CV 11 - 00966 VAP (OPx)

**DEFENDANTS HSBC MORTGAGE SERVICES, INC. AND HOUSEKEY FINANCIAL CORPORATION'S CERTIFICATION AND NOTICE OF INTERESTED PARTIES**

(Local Rule 7.1-1)

CERTIFICATE OF INTERESTED PARTIES

31566085v1_332623-00122

**TO: THE COURT AND PLAINTIFF IN PRO PER:**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for defendants HSBC Mortgage Services, Inc. and Housekey Financial Corporation certifies that the following listed parties may have a pecuniary interest in the outcome of the case. These representations are made to enable the court to evaluate possible disqualification or recusal.

HSBC Mortgage Services, Inc. and Housekey Financial Corporation are wholly-owned subsidiaries of HSBC Finance Corporation (f/k/a Household International, Inc.), which is a wholly owned subsidiary of HSBC Holdings plc, a United Kingdom corporation. HSBC Holdings plc shares are traded in the United States as American Depository Shares on the New York Stock Exchange.

Additionally, preferred shares and debt securities of various HSBC, Household Finance Corporation and Housekey Financial Corporation entities are also publicly traded in the United States.

Respectfully submitted,

Dated: June 16, 2011

KATTEN MUCHIN ROSENMAN LLP
Stuart M. Richter
Gregory S. Korman
Jarin R. Jackson

By: _____
Jarin R. Jackson
Attorneys for defendants
HSBC MORTGAGE SERVICES, INC. and
HOUSEKEY FINANCIAL CORPORATION