Stuart M. Richter (CA 126231)
stuart.richter@kattenlaw.com
Gregory S. Korman (CA 216931)
gregory.korman@kattenlaw.com
Jarin R. Jackson (CA 274031)
jarin.jackson@kattenlaw.com
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: 310.788.4400
Facsimile: 310.788.4471

JS-6

Attorneys for defendants
HSBC MORTGAGE SERVICES, INC. and
HOUSEKEY FINANCIAL CORPORATION

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYRA COLUNGA,<br><br>  Plaintiff,<br><br>vs.<br><br>HSBC MORTGAGE SERVICES formerly doing business as FIELDSTONE MORTGAGE COMPANY; HOUSEKEY FINANCIAL CORP; and DOES 1 through 50 inclusive<br><br>  Defendants. | CASE NO. EDCV11-966 R(DTBx)<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO DISMISS COMPLAINT** |

1

Katten
KattenMuchinRosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel   310.788.4471 fax

## **ORDER**

Defendants HSBC Mortgage Services and Housekey Financial Corporation's (collectively, "Defendants") Motion To Dismiss plaintiff Mayra Colunga's ("Plaintiff") Complaint came on for hearing on August 10, 2011 at 10:00 a.m. Having considered the briefs and arguments for and against, the Court hereby rules as follows:

1. Defendants' Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) is GRANTED.

2. Plaintiff's Complaint, and the causes of action alleged therein, is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

Dated: August 31, 2011

_____
Honorable Manuel Real
United States District Judge

31585324_332623_00122